# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL YOUSSEFZADEH AND UMAR JAVED, <br><br> Plaintiff(s) <br><br> v. <br><br> GLOBAL-IP CAYMAN, et al. <br><br> Defendant(s) | CASE NUMBER <br><br> 2:18-cv-02522-JLS-JCG <br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

Emil Youssefzadeh  ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

☒ to substitute  Emil Youssefzadeh  who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☒ Pro Se

444 W. Ocean Blvd., Suite 1250
*Street Address*

Long Beach, California 90802        eyoussefzadeh@stmgroupinc.com
*City, State, Zip*              *E-Mail Address*

949-923-5548              N/A
*Telephone Number*  *Fax Number*  *State Bar Number*

as attorney of record instead of  Jerome H. Friedberg, Jeffrey B. Isaacs, and Robert F. Gookin
*List **all** attorneys from same firm or agency who are withdrawing.*

Isaacs Friedberg Zill, LLP

555 South Flower Street, Suite 4250, Los Angeles, California 90071

**is hereby** ☐ GRANTED  ☐ DENIED

☐ The Court hereby orders that the request of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____

**is hereby** ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge